## El Pueblo v. Viruet.

### Apelación procedente de·la Corte de Distrito·de Arecibo.

No. 25.—Resuelto en Octubre 16, 1903.

Apelación.—Causas Criminales.—Las apelaciones en causas criminales deben versar puramente sobre cuestiones de derecho.

Id.—Pliego de Excepciones.—En las causas criminales las partes deberán tomar sus excepciones á las resoluciones que dicte el Tribunal é incluirlas después en un pliego de excepciones que deberá aprobar y firmar el Juez sentenciador, ó insertarse en la transcripción.

Id.—Pruebas.—Las partes pueden incluir en el pliego de excepciones la prueba practicada durante el juicio ante la Corte inferior.

Id.—Definición.—Un pliego de excepciones es *un escrito de objeciones formuládas por una de las partes á las decisiones del Tribunal y deberá ser certificado por el Juez. ó la Corte que dictara la resolución impugnada.*

Id.—Su Objeto.—El objeto del pliego de excepciones es el de hacer constar en los autos del caso la resolución impugnada á fin de que el Tribunal que conozca de la causa en apelación pueda revisar dicha resolución.

Id.—Si faltare el pliego de excepciones, el Tribunal Supremo no podrá resolver si ha habido admisión de prueba improcedente ó denegación de alguna que fuere procedente, ni podrá tampoco resolver si las pruebas justifican la condena impuesta por el Tribunal sentenciador.

Id.—Errores Manifiestos.—Los errores manifiestos en autos no hay que consignarlos necesariamente en un pliego de excepciones, pudiendo hacerse constar en el escrito de apelación y el Tribunal de oficio puede revocar ó modificar una sentencia por virtud de tales errores.

Costas.—Prisión Subsidiaria.—Por defecto del pago de las costas no puede imponerse al acusado prisión alguna.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Nadal.*

Abogado del apelado: *Sr. del Toro, Fiscal.*

El Juez Asociado Sr. Sulzbacher, emitió la siguiente opinión del Tribunal.

Esta es una apelación de la Corte de Distrito de Arecibo en causa criminal por ataque con intención de cometer violación contra Manuel Lorenzo Viruet. El acusado fué debidamente juzgado por la Corte sin la intervención de un Jurado y fué condenado por mayoría de votos á la pena de un año de presidio á trabajos forzados y doscientos dollars de multa con las costas debiendo en defecto de pago de multa y costas sufrir un dia más de prisión por cada dollar que dejara de satisfacer. De esta sentencia dicho acusado Viruet

## THE PEOPLE *v.* VIRUET.

## APPEAL from the District Court of Arecibo.

### No. 25.—Decided October 16, 1903.

BILL OF EXCEPTIONS—EVIDENCE—The parties may also cause the evidence taken in the lower court to be included in the bill of exceptions.

ID.—DEFINITION—A bill of exceptions is a written statement of objections made by a party to the case to the ruling of the court upon a point of law and properly certified by the judge or court making such ruling.

ID.—OBJECT—The object of a bill of exceptions is to put the ruling objected to on record for the information of the appellate court.

ID.—In the absence of a bill of exceptions, the apellate court is unable to determine whether the trial court committed any errors in the admission or rejection of evidence, or whether the verdict and sentence is supported by the evidence.

ID.—ERRORS APPEARING IN THE RECORD.—Errors appearing in the record need not be presented in the bill of exceptions, but may be presented to the court in the notice of appeal, and the court may on its own motion reverse or modify the judgment by reason of such errors.

COSTS—IMPRISONMENT IN DEFAULT OF PAYMENT.—A defendant cannot be imprisoned for failure to pay costs.

The facts are stated in the opinion.

*Mr. Nadal,* for appellant.

*Mr. del Toro, Fiscal,* for respondent.

MR. JUSTICE SULZBACHER delivered the following opinion of the court.

This is an appeal from the District Court of Arecibo in a criminal case for assault with intent to commit violence, prosecuted against Manuel Lorenzo Viruet. The accused was duly tried by the court without the intervention of a jury, and sentenced by a majority vote to one year of imprisonment at hard labor in the penitentiary, and to pay a fine of two hundred dollars, with costs, and in case of failure to pay said fine and costs, to suffer one day of imprisonment for

apeló para ante este Tribunal suplicando que la sentencia
de la Corte de Distrito de Arecibo sea revocada.   La Ley
de Enjuiciamiento Criminal provee que cualquiera de las
partes en un proceso criminal en persecución de un delito
muy grave (felony) puede apelar ante la Corte Suprema
siempre que la apelación verse sobre una cuestión de derecho
solamente.   Estas cuestiones de derecho pueden ocurrir por
varias razones, entre ellas por admisión de alguna prueba
que sea improcedente ó por denegación de alguna que sea
pertinente al celebrarse el juicio oral, pero á fin de que pueda
ser revisado por la Corte Suprema es necesario que durante
el juicio se interpongan excepciones, las que deberán con-
signarse en pliego de excepciones que tiene que ser debi-
damente firmado por uno de los Jueces según se dispone en
la Ley de Enjuiciamiento Criminal, y este pliego de excep-
ciones debe formar parte del expediente que se remita á este
Tribunal; y una de las partes puede también hacer que toda
la prueba practicada ante la Corte de Distrito en el acto del
juicio oral forme parte del pliego de excepciones.   Un pliego
de excepciones según lo definen los comentaristas, es un es-
crito de objeciones que hace una de las partes de la causa á
las decisiones del Tribunal, sobre una cuestión de derecho y
cuyo pliego de objeciones deberá certificarlo el Juez ó Corte
que dictare la resolución.   El objeto del pliego de excep-
ciones es traer á los autos la resolución contra la que se hagan
las objeciones á fin de que pueda someterse á la considera-
ción del Tribunal que conozca de la causa en apelación.   En
la presente causa no hay pliego de excepciones y por tal ra-
zón esta Corte no puede determinar si se ha admitido alguna
prueba que fuera improcedente ó si por el contrario se ha
denegado la admisión de alguna procedente, como tampoco
puede determinar si las pruebas practicadas justifican ó no
la condena del Tribunal sentenciador cuya condena debe
presumirse justa mientras no se pruebe lo contrario.   Los
errores que aparecen de los autos no necesitan presentarse
por medio de pliego de excepciones, pero pueden presentarse

every dollar remaining unpaid. From this sentence the defendant, Viruet, took an appeal to this court, praying that the sentence of the District Court of Arecibo be reversed. The Code of Criminal Procedure provides that either party in a criminal action amounting to felony, may appeal to the Supreme Court, provided the appeal is based on a question of law alone. Such questions of law may arise from various causes, among these the admission of improper evidence, or rejection of proper evidence at the trial; but for the purposes of a review by the Supreme Court, exceptions must be taken during the trial and specified in a bill of exceptions duly signed by one of the judges, as provided by the Code of Criminal Procedure, and such bill of exceptions should form part of the record forwarded to this court; and one of the parties may also cause all the evidence taken in the District Court during the trial, to form part of the bill of exceptions. A bill of exceptions, according to commentators, is "a written statement of objections made to the ruling of a court upon a point of law, made by a party to the cause, and properly certified by the judge or court who made the ruling." The object of a bill of exceptions is to put the ruling objected to upon record for the information of the court having cognizance of the cause on appeal. In the present case there is no bill of exceptions, for which reason this court is unable to determine whether any improper evidence has been admitted or proper evidence rejected, nor can it decide as to whether or not the evidence taken justifies the sentence of the trial court, which sentence must be presumed to be just so long as the contrary is not proven. Errors appearing on the record are not required to be presented by means of a bill of exceptions, but may be presented to the court in the notice of appeal, or the court may, on its own motion, reverse or modify a judgment if any error appears on the record. In this case the appellant has not pointed out any error contained in the record; but the court finds that in the judgment the appellant is sentenced to one day of imprisonment for every

al Tribunal en el escrito de apelación, ó la Corte de oficio puede revocar ó modificar una sentencia si aparece algún error en los autos.   En esta causa el apelante no ha señalado error alguno que conste en los autos, pero la Corte encuentra que en la sentencia se condena al apelante á un dia de prisión por cada dollar que dejare de satisfacer de la multa y costas que le fueron impuestos.   El Tribunal de Distrito de Arecibo ha cometido un error condenando al acusado á sufrir un dia de prisión por cada dollar de las costas.   Esta cuestión ha sido resuelta por este Tribunal en el sentido de que en defecto de pago de costas no puede imponerse prisión alguna.   Por lo tanto opino que debe revocarse la sentencia de la Corte de Distrito de Arecibo en esta causa en lo que se refiere á la prisión por defecto del pago de costas, y que debe confirmarse con respecto á los demás pronunciamientos que dicha sentencia contiene.

*Resuelto de conformidad.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados Hernández y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.